JAMES K. SELLECK, Appellant, *v.* WILLIAM H. KEELER, as Sheriff, etc., Respondent.

(Argued January 13, 1890 ; decided January 28, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the third judicial department, entered upon an order made May 4, 1886, which affirmed a judgment in favor of defendant, entered upon a verdict.

*Edward J. Meegan* for appellant.

*E. Countryman* for respondent.

Agree to affirm ; no opinion.

All concur, except PARKER, J., not sitting.

Judgment affirmed.